UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ELIZABETH BLOSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-01651-CDB (SS)<br><br>**ORDER ON STIPULATION EXTENDING TIME TO FILE A SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORD**<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 15) |

Pending before the Court is the parties' Stipulation to File a Supplemental Certified Administrative Record and Amend the Briefing Schedule, filed on May 26, 2023. (Doc. 15). The parties represent in the stipulation that Defendant recently was made aware that the administrative record in the underlying agency action, filed in this Court under certification on March 3, 2023, did not include the transcript of a hearing before the Administrative Law Judge (ALJ) held April 8, 2021. (Doc. 15 at 1). Defendant concedes that the transcript was part of the evidence relied upon by the ALJ and that its omission from the certified administrative record was an "oversight." *Id.*

For the reasons set forth in the stipulation, the Court finds good cause to grant the parties' request for additional time to file a supplemental certified administrative record containing the transcript of the April 8, 2021, hearing, and to permit Plaintiff to file an amended opening brief.

Accordingly, it is HEREBY ORDERED, Defendant shall file a supplemental administrative record containing the transcript of the April 8, 2021, hearing before the ALJ on or before June 5, 2023.

It is FURTHER ORDERED, Plaintiff may file an amended motion for summary judgment within 30 days of the date that the supplemental record is filed. All other briefing deadlines will be adjusted in accordance with the Court's scheduling order. (Doc. 6).

IT IS SO ORDERED.

Dated: **May 30, 2023**

UNITED STATES MAGISTRATE JUDGE